IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUIS ARROYO,

    Plaintiff,

v.

                              Case No.  18-cv-1055-jdp

WARDEN BOUGHTON, DANIEL
GOFF, TRINA KROENING-SKIME,
AND WAYNE PRIMMER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/2/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |